AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No.  2:23-mj-167
) 
1030 Linwood Avenue, Columbus, Ohio 43206 )
)
)

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Southern____ District of ____Ohio____
*(identify the person or describe the property to be searched and give its location)*:

See Attachments A and B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment C

**YOU ARE COMMANDED** to execute this warrant on or before ____March 29, 2023____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Elizabeth A. Preston Deavers____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: March 15, 2023  At  11:05 AM

*[Signature]*

City and state:  Columbus, Ohio
Elizabeth A. Preston Deavers
United States Magistrate Judge

| Return | | |
|---|---|---|
| Case No.: 2:23-mj-167 | Date and time warrant executed: 3/23/23 1120hrs | Copy of warrant and inventory left with: In residence on dining room table |
| Inventory made in the presence of: SA Reagan | | |

Inventory of the property taken and name of any person(s) seized:

1. U.S. Mail from trash can in the alley behind the residence
2. Postal mail bins from rear driveway
3. Postal mail bins with U.S. Mail from the backyard
4. Empty postal mail bins from the backyard
5. Postal carrier bag
6. Postal mail trays + bins from inside residence
7. One parcel addressed to Pamela Howell
8. One parcel/box addressed to Karen on Sharon Woods Blvd
9. One parcel/box addressed to Karen on Sharon Woods Blvd - open
10. 12 postal bins with U.S. Mail from the basement
11. 11 empty postal bins

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/28/23

Executing officer's signature

Dustin Rambacher, Special Agent
Printed name and title

Attachment A

1030 Linwood Avenue, Columbus, OH 43206 is a two-story, single-family dwelling with brown brick, located on the east side of Linwood Avenue facing west. "1030" is clearly marked in light-colored numbers above the front door on the west side of the building. The most convenient entrance is the white-colored door located on the west side of the building.



Attachment C

1. Any mail matter contained therein not addressed to Albert Matthews III and/or 1030 Linwood Avenue, Columbus, OH 43206;

2. U.S. Postal Service property;

3. The opening, search and removal, if necessary, of any safe or locked receptacle or compartment, as some or all of the property stolen may be maintained; and

4. Any other items which constitute fruits, evidence and/or instrumentalities of violations of 18, U.S.C. § 1703 and 1709.